UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LANCE EARL WILLCUTT

CRIMINAL ACTION

NUMBER 08-60-FJP-CN

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

    _____ a substantial showing of the denial of a constitutional right on the issue(s) stated below has been made, petitioner's motion for certificate of appealability is **GRANTED**.

ISSUE(S):

    ✓ a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the court's ruling issued February 9, 2011 (record document number 68).

Baton Rouge, Louisiana, February **24**, 2011.

 

*[signature]*

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE